DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOCAL BUSINESS SERVICES, LLC,**
**LOCAL CONTACT SERVICES, LLC,**
**DIRECTORY BILLING SERVICES, LLC,** and
**ONLINE YELLOW PAGES, LLC,**
Appellants,

v.

**BANK OF AMERICA, N.A., ILD CORP.** f/n/a **ILD TELECOMMUNICATIONS, INC.** a/k/a **ILD COMMUNICATIONS, INC.,** a nominal party**, KATHY MCQUADE,** and **DENNIS STOUTENBURGH,**
Appellees.

No. 4D19-2289

[August 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. CACE-17-017868.

Kraig S. Weiss and Paul K. Silverberg of Silverberg & Weiss, P.A., Weston, for appellants.

Alan M. Pierce of Liebler, Gonzalez & Portuondo, Miami, for appellee Bank of America, N.A.

Alexandra Valdes and Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellee Kathy McQuade.

Michelle D. Cofiño and Reginald J. Clyne of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for appellee Dennis Stoutenburgh.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ, J., and SHEPHERD, CAROLINE, Associate Judge, concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*